McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
(916) 554-2700
(916) 448-2900 FAX



UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | NO. 208-MJ-0332 |
| UNITED STATES OF AMERICA, | [PROPOSED] ORDER |
| Plaintiff, | [IN CAMERA AND UNDER SEAL] |
| v. | |
| CONSUELA STEWART, RALONDRIA STAFFORD, and NECOLE WARD | |
| Defendants. | |

The United States of America has applied to this Court for an Order permitting it to file the affidavit underlying the complaints and arrest warrants in the above-entitled proceedings, together with its application, Memorandum of Points and Authorities and the accompanying Declaration, in camera and under seal. Upon consideration of the application and the entire record herein,

/////
/////
/////
/////
/////

4

IT IS HEREBY ORDERED that the affidavit underlying the complaints and arrest warrants in the above-entitled proceedings, together with the application of the United States and the accompanying Memorandum of Points and Authorities and Declaration, and this order shall be filed with this Court in camera and under seal and shall not be disclosed to any person until execution of the arrest warrants.

Dated this 19th day of September, 2008.

By: ~~GREGORY G. HOLLOWS~~ Edmund F. Brennan
United States Magistrate Judge

Presented by:

KYLE REARDON
Assistant U.S. Attorney

5