|   |   |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | KYLE REARDON<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | (916) 554-2700 |
| 5 | (916) 448-2900 FAX |

**FILED**

SEP 1 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**SEALED**

UNITED STATES OF AMERICA,           )  No.
                                    )
           Plaintiff,               )
                                    )
     v.                             )   2:08-MJ-332 EFB
                                    )
SEALED,                             )
                                    )
           Defendant(s).            )
_____)

SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the complaints and the arrest warrants in the above-referenced case shall be sealed until execution of the arrest warrants.

Dated: 9-19-08

By: /s/ Edmund F. Brennan
~~GREGORY G. HOLLOWS~~ Edmund F. Brennan
United States Magistrate Judge

6